**James P. Laurick, WSBA #33320**
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Telephone: (971) 634-1132
Fax: (503) 222-5290

OF ATTORNEYS FOR CREDITOR
WELLS FARGO BANK, N.A.

| | |
|---|---|
| Judge : | Hon. Christopher M. Alston |
| Chapter : | 7 |
| **Hearing Date** : | **January 29, 2025** |
| **Hearing Time** : | **9:30 a.m.** |
| **Location** : | **Everett** |
| Response Deadline : | January 22, 2025 |

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Michael Lenning,<br><br>              Debtor. | Case No. 24-12533-CMA<br><br>Chapter 7<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY FOR WELLS FARGO BANK, N.A.** |

## **INTRODUCTION**

Debtor Michael Lenning and Ariel Lenning are guarantors of debt owed by their PLLC known as Novel Eyes, PLLC to Creditor Wells Fargo Bank, N.A. ("Wells Fargo"). Both Debtor Michael Lenning and Ariel Lenning have filed separate Chapter 7 bankruptcies in this district. Her case no. is 24-12451-CMA. This motion for relief is filed because, to the knowledge of Wells Fargo, Debtor or Ariel Lenning has possession of the collateral securing the Wells Fargo loan to Novel Eyes, PLCC, guaranteed by both the Lennings. In addition, both of the Lennings make reference to the business loan collateral in their bankruptcy filings.

/ / /

/ / /

MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A. - 1

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(971) 634-1132 · FAX (503) 222-5290

Case 24-12533-CMA    Doc 11    Filed 12/19/24    Ent. 12/19/24 14:33:17    Pg. 1 of 5

**MOTION**

Wells Fargo hereby moves the Court for relief from the automatic stay associated with this bankruptcy on the following basis.

1. **Debt, Default, Description and Value of Collateral:**

    a. Description of collateral: Wells Fargo has a first perfected security interest in the following items of Debtor's business known as Novel Eyes PLLC ("collateral"):

        (1) All Accounts, Chattel Paper, and other rights to payment of the borrower whether now owned or hereafter acquired;

        (2) All Inventory of the borrower whether now owned or hereafter acquired;

        (3) All Equipment of the borrower whether now owned or hereafter acquired;

        (4) All General Intangibles and Contract Rights of the borrower including without limitation all patient records and patient charts, whether now owned or hereafter acquired;

        (5) All of the above, together with all substitutions and replacements for and products of any of the foregoing personal property, together with all accessions, attachments, parts, and

    b. Amount of debt: $469,351.65 on or before September 27, 2024.

    c. There is no equity in the collateral although Wells Fargo has not seen or inspected the collateral recently. Debtor Ariel Lenning has consented to relief. Debtor also appears to estimate the value to be less than the debt owed.

2. **State Court Action**: Wells Fargo filed suit against Novel Eyes PLLC, Debtor and Ariel Lenning to recover the amount owed and the collateral in Superior Court, Snohomish County, Case No. 24-2-06325-31. That action is subject to the automatic stay at least as to Debtor and Ariel Lenning.

MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A. - 2

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(971) 634-1132 · FAX (503) 222-5290

Case 24-12533-CMA    Doc 11    Filed 12/19/24    Ent. 12/19/24 14:33:17    Pg. 2 of 5

**3. Relief from Stay Should be Granted Because:**

There is no equity and the collateral is not necessary for a successful reorganization. A valuation dated June 25, 2024, places the value of the collateral at $193,500. Wells Fargo is also concerned that there may be a lack of insurance on the collateral. In addition,

**4. Background**:

    a. Michael Lenning filed his bankruptcy on October 3, 2024, while Ariel Lenning filed her bankruptcy on September 27, 2024.

    b. Wells Fargo has a lien on the collateral by virtue of its loan agreement, security agreement and UCC Financing Statement, copies of which are attached hereto, as Exhibits 1-4.

**5. Relief Requested:**

    a. Wells Fargo requests relief from the automatic stay to allow it to foreclose its lien on the collateral and to take any necessary action to obtain possession of the collateral.

    b. Wells Fargo requests that the 14-day stay provided by FRBP 4001(a)(3) be waived based on the following cause: debtor seeks to surrender the collateral and the collateral may not be insured.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A. - 3

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(971) 634-1132 · FAX (503) 222-5290

Case 24-12533-CMA    Doc 11    Filed 12/19/24    Ent. 12/19/24 14:33:17    Pg. 3 of 5

1. **6.    Documents:**

2. Wells Fargo has attached to and filed with this motion a copy of the documents creating and

3. perfecting the security interest as Exhibits 1-4. Also attached are the two guarantees of Ariel and

4. Michael Lenning as Exhibits 5 and 6.

5.       DATED: December 19, 2024

6.                                                       KILMER, VOORHEES & LAURICK, P.C.

8.                                                       */s/ James P. Laurick*
9.                                                       James P. Laurick, WSBA #33320
                                                         2701 NW Vaughn Street, Suite 780
10.                                                      Portland, Oregon  97210
                                                         jlaurick@kilmerlaw.com
                                                         Phone No.:  971-634-1132
11.                                                      Fax No.:  503-222-5290
                                                         Of Attorneys for Creditor Wells Fargo Bank, N.A.

MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A. - 4

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(971) 634-1132 · FAX (503) 222-5290

Case 24-12533-CMA    Doc 11    Filed 12/19/24    Ent. 12/19/24 14:33:17    Pg. 4 of 5

# CERTIFICATE OF SERVICE

I certify that on this 19th day of December, 2024, the foregoing **MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A.** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

I further certify that on this 19th day of December, 2024, the foregoing **MOTION FOR RELIEF FOR WELLS FARGO BANK, N.A.** was served on the following by mailing by depositing with the U.S. mail in Portland, Oregon, enclosed in a sealed envelope with first class postage prepaid. Addressed as follows:

Michael Lenning
14411 Railroad Circle NE
Duvall, WA 98019

KILMER, VOORHEES & LAURICK, P.C.

*/s/ James P. Laurick*
James P. Laurick, WSBA #33320
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Phone No.: 971-634-1132
Fax No.: 503-222-5290
Of Attorneys for Creditor Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE- 1

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(971) 634-1122 · FAX (503) 222-5290

Case 24-12533-CMA    Doc 11    Filed 12/19/24    Ent. 12/19/24 14:33:17    Pg. 5 of 5